UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. ACTION. No. 06-30028 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JAMES DAVID FORTENBERRY | MAG. JUDGE KAREN L. HAYES |

RULING ON MOTION FOR DOWNWARD DEPARTURE

DEFENDANT REQUESTS THAT THE COURT CONSIDER A DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. §5K2.20 AND 18 U.S.C. § 3553(a).

U.S.S.G. §5K2.20 PROVIDES THAT A SENTENCE BELOW THE APPLICABLE GUIDELINE RANGE MAY BE WARRANTED IN AN EXTRAORDINARY CASE IF THE DEFENDANT'S CRIMINAL CONDUCT CONSTITUTED ABERRANT BEHAVIOR. "ABERRANT BEHAVIOR" IS DEFINED AS A SINGLE CRIMINAL OCCURRENCE OR SINGLE CRIMINAL TRANSACTION THAT WAS COMMITTED WITHOUT SIGNIFICANT PLANNING, WAS OF LIMITED DURATION, AND REPRESENTS A MARKED DEVIATION BY THE DEFENDANT FROM AN OTHERWISE LAW-ABIDING

LIFE. IN DETERMINING WHETHER TO DEPART ON THE BASIS OF ABERRANT BEHAVIOR, THE COURT MAY CONSIDER THE DEFENDANT'S MENTAL AND EMOTIONAL CONDITIONS; EMPLOYMENT RECORD; RECORD OF PRIOR GOOD WORKS; MOTIVATION FOR COMMITTING THE OFFENSE; AND EFFORTS TO MITIGATE THE EFFECTS OF THE OFFENSE.

THE COURT FINDS THAT THE NATURE OF THE OFFENSE DOES NOT INVOLVE A SINGLE CRIMINAL OCCURRENCE OR TRANSACTION, BUT RATHER ONGOING CONDUCT. AS POINTED OUT BY THE GOVERNMENT IN ITS SENTENCING MEMORANDUM, DEFENDANT DEFRAUDED BOTH THE FARM SERVICE AGENCY AND THE BANKRUPTCY COURT IN SCHEMES INVOLVING SEVERAL TRANSACTIONS OVER A THREE-YEAR PERIOD. THEREFORE, THE COURT FINDS THAT A DOWNWARD DEPARTURE FOR ABERRANT BEHAVIOR IS NOT WARRANTED.

HOWEVER, THE COURT MUST ALSO CONSIDER THE FACTORS LISTED UNDER 18 U.S.C. § 3553(a). THE COURT HAS CONSIDERED DEFENDANT'S ACTIONS IN MAKING FULL RESTITUTION, THE PARTICULAR CIRCUMSTANCES LEADING TO DEFENDANT'S CRIMINAL CONDUCT, AND THE GOVERNMENT'S POSITION AT THIS HEARING. IN THIS CASE, THE COURT BELIEVES THAT A SENTENCE BELOW THE

RECOMMENDED GUIDELINE RANGE OF IMPRISONMENT WILL PROVIDE ADEQUATE DETERRENCE AND PROTECT THE PUBLIC FROM ANY FURTHER CRIMES BY DEFENDANT.

    ACCORDINGLY, THE COURT FINDS THAT DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE UNDER 18 U.S.C. § 3553(A) SHOULD BE GRANTED, AND DEFENDANT WILL BE SENTENCED TO TWELVE MONTHS AND 1 DAY OF IMPRISONMENT. THE COURT WILL OTHERWISE APPLY THE RECOMMENDED GUIDELINE RANGES.